COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of HELEN MURPHY, Respondent, v. JAMES HAYES, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of DOROTHY ROWE, Respondent, v. WILLIAM GRULICH, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

JAMES J. COWAN, Appellant, v. CLEMENTE LISCIO and Others, Respondents.— Judgment reversed upon the law and the facts and new trial granted, costs to appellant to abide the event, upon the ground that section 230, subdivision 1, of the Building Code of the City of New York is applicable to the situation herein disclosed. Rich, Hagarty and Scudder, JJ., concur; Lazansky, P. J., and Kapper, J., concur for a new trial as to defendant Clemente Liscio upon the ground that it was error to dismiss the complaint as against that defendant since there was a question of negligence involved in his maintenance of the runway, aside from the ordinance, but dissent and vote for an affirmance of the judgment as to the defendant owners upon the ground that the ordinance is not applicable to the condition disclosed by the record.

W. R. CRUMP, INC., Respondent, v. LAURA P. GRANT, Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

IRENE GARBARINO, Appellant, v. ANNA or ANNIE ELIA, Respondent, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Order confirming report of referee unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

M. ARTHUR HELFHAT, Respondent, v. MAX HABER, Defendant. LOUIS GOLD-FARB and FARLO CONSTRUCTION CORPORATION, Appellants.— Order denying motion for stay of trial affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.